IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:09-cr-00216-1
)
Ronell Eglin, Jr. )
)
Defendant. )
)

O R D E R

Defendant Eglin has filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) and Amendment 782.

On July 2, 2010, the Court sentenced Defendant to a total term of 130 months custody following his plea of guilty to carrying a firearm during and in relation to drug trafficking and possession of a firearm by a felon.

While Defendant's offense circumstances involved illegal drugs, his guideline computations did not involve or require the determination of an attributable drug quantity. Consequently, his guideline range was completely unaffected by Amendment 782.

Defendant is therefore ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), and his Motion is **DENIED**.

SO ORDERED this 8th day of SEPTEMBER 2016.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA